IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

**TYREE TEVIN JACKSON,**

    **Plaintiff,**

    v.                                          CASE NO. 23-3048-JWL

**GERALD BORON,**

    **Defendant.**

## MEMORANDUM AND ORDER

Plaintiff, a state prisoner appearing pro se and in forma pauperis, filed this civil rights complaint pursuant to 42 U.S.C. § 1983, alleging his constitutional rights were violated while he was housed at the Ford County Detention Center in Dodge City, Kansas. On June 12, 2023, the Court entered an order (Doc. 14) directing the clerk of court to prepare a waiver of service form for Defendant, to be served upon him at no cost to Plaintiff. Waiver of service was returned unexecuted for Defendant; it was returned to sender with a notation "not deliverable as addressed unable to forward."[1] (Doc. 15.)

Plaintiff has the responsibility to provide the Court or the Marshals Service with Defendant's address for service. *See Townsend v. Marengo*, No. 21-3285-SAC, 2022 WL 1102652, *2 n.3 (D. Kan. April 13, 2022) (unpublished) ("Plaintiff has the primary responsibility to provide sufficient name and address information for the waiver of service forms or for the service of summons and complaint upon a defendant."); *Nichols v. Schmidling*, No. 10-2086-JAR, 2012 WL 10350, *2 (D. Kan. Jan. 3, 2012) (unpublished) ("A plaintiff must cooperate with the Marshals Service and take reasonable steps to identify the defendant by name and address so that service can be accomplished." (citations omitted)). Plaintiff is therefore directed to submit to the Clerk of Court address information for the sole remaining defendant in

---

[1] In an effort to secure service on Defendant, the Court thereafter issued an order requesting that the Sheriff of Ford County submit to the Clerk of Court under seal any current or last known address information for Defendant Gerald Boron on or before July 31, 2023. (Doc. 16.) The Sheriff has not submitted anything to this Court.

1

this action, Gerald Boron, that is sufficient to accomplish service. If Defendant cannot be served because of lack of information about his address, ultimately this case may dismissed. *See* Fed. R. Civ. P. 4(m).

**IT IS THEREFORE ORDERED** that Plaintiff is granted to and including September 8, 2023 in which to submit to the Clerk of Court address information for Defendant Gerald Boron for the purpose of effecting service.

**IT IS SO ORDERED**.

Dated on this 1st day of August, 2023 in Kansas City, Kansas.

s/ John W. Lungstrum
John W. Lungstrum
United States District Judge
